UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LANH HUU NGUYEN,

                Petitioner,

    vs                                          1:06-MC-118

THE UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

ALICE K. BERKE OFFICE                FREDERICK P. KORKOSZ, ESQ.
Attorned for Petitioner
The Berke-Salem Building
930 Madison Avenue
Albany, NY 12208

HON. GLENN T. SUDDABY             CHARLES E. ROBERTS, ESQ.
United States Attorney                   Assistant U.S. Attorney
Attorney for Respondent
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Petitioner Lanh Huu Nguyen brought a Petition to Amend Certificate of Naturalization.  By Report-Recommendation dated July 10, 2007, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the petition to amend the Certificate of Naturalization be granted.  No objections to the Report-Recommendation have been filed.

       Accordingly, it is

ORDERED that

1. The Report-Recommendation is accepted and adopted in all respects;

2. The Petition to amend the Certificate of Naturalization is GRANTED;

3. Petitioner's date of birth (September 30, 1969) on his Certificate of Naturalization is amended to read September 30, 1960; and

4. The United States Citizenship and Immigration Service is directed to issue a new Certificate of Naturalization reflecting the petitioner's date of birth as September 30, 1960.

The Clerk is directed to file judgment accordingly.

IT IS SO ORDERED.

Dated:   July 25, 2007
         Utica, New York.

_____
United States District Judge